David C. Rancaño, SBN 121000
Tejinderpal S. Sanghera, SBN 275058
Violeta Diaz, SBN 296505
vdiaz@rancanolaw.com
RANCAÑO & RANCAÑO
1300 10th Street, Suite C
Modesto, CA 95354
Telephone:     (209) 549-2000
Facsimile:      (209) 526-1101

Attorneys for Plaintiff
MARTHA HERNANDEZ


Edward Garcia, CA Bar No. 173487
edgarcia@kuluvalaw.com
KULUVA, ARMIJO & GARCIA ATTORNEYS AT LAW
275 Battery Street, Suite 1100
San Francisco, CA 94111
Telephone:     (415) 273-6500
Facsimile:      (415) 273-0535

Attorney for Defendant
FOAM FABRICATORS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA HERNANDEZ;<br><br>PLAINTIFF,<br><br>V.<br><br>FOAM FABRICATORS; AND<br>DOES 1 THROUGH 100, INCLUSIVE;<br><br>DEFENDANTS, | **CASE NO.:** 1:15-CV-00921-TLN-SKO<br><br>**STIPULATION, DECLARATION OF VIOLETA DIAZ, AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINES**<br><br>Complaint Filed:  April 24, 2015<br>Trial Date:     April 24, 2017 |

-1-
**STIPULATION, DECLARATION OF VIOLETA DIAZ, AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINES/
CASE NO. 1:15-CV-00921-TLN-SKO**

Rancaño
& Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

Plaintiff Martha Hernandez and Defendant Foam Fabricators, Inc., through their respective counsel, respectfully request the Court modify its pretrial scheduling order (ECF No. 14) to extend the discovery and expert witness disclosure deadlines.  Good cause exists to extend such the discovery and expert witness disclosure deadlines.

1. The Parties request the Court extend the deadline for all discovery to August 2, 2016 and expert witness disclosure to October 2, 2016.  The current deadlines are May 2, 2016 and July 7, 2016, respectively.

2. Plaintiff's counsel will be leaving the country from April 15, 2016 to April 23, 2016.  In addition, plaintiff's counsel has back to back trials scheduled for May 17, 2016 and June 14, 2016 anticipated to last one week and three weeks, respectively.

3. The Parties are also interested in attempting early resolution of the matter.

4. Extending the discovery and expert witness disclosure deadlines will give the Parties ample time to participate in early resolution of the matter and to complete discovery if resolution does not occur.

5. Due to scheduling conflicts the Parties have not been able to engage settlement discussions.

6. In addition, due to scheduling conflicts the Parties have not been able to complete any depositions in the case, discovery has been delayed and the Parties need additional time to complete all the discovery and depositions necessary for trial.

7. Continuing the discovery and expert witness disclosure dates will not affect any of the other dates in the Court's pretrial Scheduling Order and will not affect the trial date.

8. This is the Parties' first request to modify the Scheduling Order.

////////////////
////////////////
////////////////
////////////////

Rancaño &Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-2-
**STIPULATION, DECLARATION OF VIOLETA DIAZ, AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINES/
CASE NO. 1:15-CV-00921-TLN-SKO**
G:\DOCS\TLN\CHAMBER DOCUMENTS\iFolder Documents\TO TLN - CIVIL ORDERS\1.15cv921.stipo.0411.hernandez.doc

9. Therefore, pursuant to the Court's scheduling order (ECF No. 14) and Local Rule 143, the Parties herby submit this stipulation for modification of the pretrial scheduling order (ECF No. 14).

DATED: April 8, 2016                                    RANCAÑO & RANCAÑO

By:   */s/ Violeta Diaz*
     David C. Rancano
     Tejinderpal S. Sanghera
     Violeta Diaz

Attorneys for Plaintiff
MARTHA HERNANDEZ

DATED: April 8, 2016                                    KULUVA, ARMIJO & GARCIA ATTORNEYS AT LAW

By:   */s/ Edward Garcia (as authorized on 4/8/2016 )*
     Edward Garcia

Attorneys for Defendant
FOAM FABRICATORS, INC.

Rancaño &Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-3-
**STIPULATION, DECLARATION OF VIOLETA DIAZ, AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINES/
CASE NO. 1:15-CV-00921-TLN-SKO**
G:\DOCS\TLN\CHAMBER DOCUMENTS\iFolder Documents\TO TLN - CIVIL ORDERS\1.15cv921.stipo.0411.hernandez.doc

## DECLARATION OF VIOLETA DIAZ

I, Violeta Diaz, declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California, and I am an associate with the law firm of Rancaño & Rancaño. I am counsel of record for Plaintiff Martha Hernandez in the above-captioned matter. The following is based on my personal knowledge, and if called upon to do so, I could and would competently testify thereto.

2. I submit this declaration in accordance with the Court's Scheduling Order (ECF No. 14), which states that stipulations to continue the dates in the Scheduling Order should be accompanied by affidavits or declarations.

3. Plaintiff's counsel will be leaving the country from April 15, 2016 to April 23, 2016. In addition, plaintiff's counsel has back to back trials scheduled for May 17, 2016 and June 14, 2016 anticipated to last one week and three weeks, respectively.

4. The Parties are also interested in attempting early resolution of the matter.

5. Extending the non-expert discovery cut-off date will give the Parties ample time to complete discovery.

6. Due to scheduling conflicts the Parties have not been able to engage settlement discussions.

7. In addition, the Parties have not been able to complete any depositions in the case, discovery has been delayed and the Parties need additional time to complete all the discovery and depositions necessary for trial.

8. Continuing the discovery and expert witness disclosure dates will not affect any of the other dates in the Court's pretrial Scheduling Order and will not affect the trial date.

9. This is the Parties' first request to modify the Scheduling Order.

////////////////

////////////////

Rancaño &Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-4-
STIPULATION, DECLARATION OF VIOLETA DIAZ, AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINES/
CASE NO. 1:15-CV-00921-TLN-SKO
G:\DOCS\TLN\CHAMBER DOCUMENTS\iFolder Documents\TO TLN - CIVIL ORDERS\1.15cv921.stipo.0411.hernandez.doc

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and this declaration was executed on February 29, 2016 in Modesto, California.

/s/ *Violeta Diaz*

VIOLETA DIAZ

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Scheduling Order (ECF No. 14) is modified to extend the deadline for all discovery to August 2, 2016 and expert witness disclosure to October 2, 2016.

Dated: April 11, 2016

Troy L. Nunley
United States District Judge

Rancaño &Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-5-
STIPULATION, DECLARATION OF VIOLETA DIAZ, AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINES/
CASE NO. 1:15-CV-00921-TLN-SKO
G:\DOCS\TLN\CHAMBER DOCUMENTS\iFolder Documents\TO TLN - CIVIL ORDERS\1.15cv921.stipo.0411.hernandez.doc