EDWARD GARCIA, Bar No. 173487
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535
edgarcia@kuluvalaw.com

Attorneys for Defendant
Foam Fabricators, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA HERNANDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>FOAM FABRICATORS, INC.; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | CASE NO. 1:15-CV-00921-TLN-SKO<br><br>**ORDER GRANTING DEFENDANT FOAM FABRICATORS, INC.'S REQUEST TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT A PART 2 OF 2 TO DECLARATION OF EDWARD GARCIA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKT. NO. 17-7])**<br><br>**The Hon. Troy L. Nunley** |

ORDER GRANTING DEFENDANT FOAM FABRICATORS, INC.'S REQUEST TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT A PART 2 OF 2 TO DECLARATION OF EDWARD GARCIA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKT. NO. 17-7])

On August 18, 2016, Defendant Foam Fabricators Inc. ("Defendant") filed a Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication. [DKT. NO. 17].

Defendant subsequently filed a motion to withdraw "Exhibit A – Part 2 of 2" to the Declaration of Edward Garcia in Support of Defendant's Motion for Summary Judgment.

Having reviewed the motion, for good cause shown, Defendant's Motion to Withdraw "Exhibit A – Part 2 of 2" is GRANTED, and the Court ORDERS that "Exhibit A – Part 2 of 2" Exhibit 17, item number 7, filed at Dkt. No. 17-7, shall be immediately removed from Electronic Court Filing system (ECF).

**IT IS SO ORDERED.**

Dated: August 24, 2016

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING DEFENDANT FOAM FABRICATORS, INC.'S REQUEST TO WITHDRAW INCORRECTLY FILED DOCUMENT (EXHIBIT A PART 2 OF 2 TO DECLARATION OF EDWARD GARCIA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKT. NO. 17-7])